UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

54266

Eisenberg Gold & Agrawal, P.C.

William E. Craig, Esquire

1040 Kings Highway North #200

Cherry Hill, NJ 08034

Attorney for American Honda Finance Corporation

---

In Re:

RUTH P. FLORES

---

Order Filed on March 8, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 23-21068

Hearing Date: 2-7-24

Judge: (CMG)

---

### ORDER FOR ARREARAGE CURE, REGULAR MONTHLY PAYMENTS, STAY RELIEF AND CO-DEBTOR STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: March 8, 2024**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

**(Page 2)**
Debtor: Ruth P. Flores
Case No: 23-21068
Caption of Order:  Order for arrearage cure, regular monthly payments, stay relief and co-debtor stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief and Co-Debtor Relief filed by William E. Craig, Esq., attorney for American Honda Finance Corporation, with the appearance of R. Cameron Legg, Esq. on behalf of the debtor, and this Order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**
1. **That American Honda Finance Corporation ("Honda") is the holder of a first purchase money security interest encumbering a 2018 Honda Civic bearing vehicle identification number 2HGFC2F53JH560271.**
2. **That the debtor's account has arrears in the amount of $998.56 through January 2024.**
3. **That the debtor is to cure this arrearage by making her regular monthly payment of $524.28 plus an additional $332.85 each month (for a total monthly payment of $857.13) for the months of February through April 2024.**
4. **That commencing February 2024, if the debtor fails to make any payment to Honda within thirty (30) days after it falls due, Honda shall be entitled to stay relief and co-debtor stay relief as to the non-bankrupt co-debtor Luz Flores upon filing a certification of non-payment with the Court and serving it on the debtor, her attorney, and the Chapter 13 Trustee.**

**(Page 3)**
Debtor: Ruth P. Flores
Case No: 23-21068
Caption of Order: Order for arrearage cure, regular monthly payments, stay relief and co-debtor stay relief under certain circumstances, counsel fees, and insurance.

5. **That the debtor must maintain insurance on the vehicle. The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each. American Honda Finance Corporation must be listed as loss payee. If the debtor fails to maintain valid insurance, Honda shall be entitled to stay relief and co-debtor stay relief as to the non-bankrupt co-debtor Luz Flores upon filing a certification of non-payment with the Court and serving it on the debtor, her attorney, and the Chapter 13 Trustee.**
6. **That the debtor is to pay a counsel fee of $574.00 to American Honda Finance Corporation through her Chapter 13 plan.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-21068-CMG
Ruth P. Flores  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Mar 08, 2024     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ruth P. Flores, 1060 Bay Avenue, Toms River, NJ 08753-3771 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Ruth P. Flores courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com |
| William E. Craig | |

on behalf of Creditor American Honda Finance Corporation wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 6