UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for Wells Fargo Bank, N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates

Order Filed on March 26, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Ruth P. Flores

Debtor(s).

Case No: 23-21068 CMG

Chapter: 13

Judge: Christine M. Gravelle

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 26, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor:     Ruth P. Flores
Case No.:   23-21068-CMG
Caption:    **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Wells Fargo Bank, N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates, holder of a mortgage on real property known as 1060 Bay Avenue, Toms River, NJ 08753, with the consent of Robert Cameron Legg, Esq., counsel for the Debtor, Ruth P. Flores,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor filed its proof of claim on March 1, 2024 as claim number nineteen (19) on the claims register; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim is hereby deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves her right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:     Dated: 3/11/2024

*/s/ Denise Carlon*

DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR


I hereby agree and consent to the above terms and conditions:     Dated: 3/11/2024




*/s/ Cameron Legg*

ROBERT CAMERON LEGG, ESQ., ATTORNEY FOR DEBTOR