Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−21068−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ruth P. Flores
   1060 Bay Avenue
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−7311

Employer's Tax I.D. No.:

### NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 25, 2024.

Dated: March 25, 2024
JAN: mjb

                                                 Jeanne Naughton
                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-21068-CMG
Ruth P. Flores  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3
Date Rcvd: Mar 25, 2024    Form ID: plncf13    Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ruth P. Flores, 1060 Bay Avenue, Toms River, NJ 08753-3771 |
| 520096667 | ++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429 address filed with court:, Focus Receivables Management, LLC, 1130 Northchase Parkway Se, Suite 150, Marietta, GA 30067 |
| 520097103 | + | Luz Flores, 1060 Bay Avenue, Toms River, NJ 08753-3771 |
| 520096675 | + | Ocean Health Initiatives, Attn: 16243x, PO Box 14000, Belfast, ME 04915-4033 |
| 520096676 | + | RWJBH, PO Box 22363, New York, NY 10087-0001 |
| 520096677 | + | RWJBH, 9 Executive Campus, Cherry Hill, NJ 08002-4502 |
| 520096681 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 25 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 25 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 25 2024 20:54:00 | American Honda Finance Corporation, 3625 W. Royal Lane Suite 200, Irving, TX 75063, UNITED STATES |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 25 2024 20:55:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 520096669 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 25 2024 20:54:00 | Honda Financial Services, PO Box 7829, Philadelphia, PA 19101-7829 |
| 520103669 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 25 2024 20:54:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520096654 | + | Email/PDF: bncnotices@becket-lee.com | Mar 25 2024 21:05:39 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 520096655 | + | Email/PDF: bncnotices@becket-lee.com | Mar 25 2024 21:05:17 | American First Finance, 3100 Olympus Blvd., Coppell, TX 75019-5472 |
| 520096657 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 25 2024 20:54:00 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 520096656 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 25 2024 20:54:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 520096658 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2024 21:05:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 23-21068-CMG    Doc 33    Filed 03/27/24    Entered 03/28/24 00:14:43    Desc Imaged
                                    Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 25, 2024 | Form ID: plncf13 | Total Noticed: 44 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 520096659 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2024 21:04:38 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520096660 | ^ | MEBN | Mar 25 2024 20:51:03 | Carrington Mortgage, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520096662 | ^ | MEBN | Mar 25 2024 20:50:45 | Community Medical Center, c/o BCA Financial Services, Inc., 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 520096661 | + | Email/Text: ebn@rwjbh.org | Mar 25 2024 20:55:00 | Community Medical Center, PO Box 903, Oceanport, NJ 07757-0903 |
| 520096663 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2024 20:54:00 | Credit One Bank, c/o Midland Credit Management, PO Box 2004, Warren, MI 48090-2004 |
| 520096664 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 25 2024 20:54:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520096666 | | Email/Text: operationsclerk@easypayfinance.com | Mar 25 2024 20:53:00 | Easy Pay/Duvera Collections, 3220 Executive Ridge, Vista, CA 92081 |
| 520096665 | | Email/Text: operationsclerk@easypayfinance.com | Mar 25 2024 20:53:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 520140537 | | Email/PDF: bncnotices@becket-lee.com | Mar 25 2024 21:04:44 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520096671 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 25 2024 20:54:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 520096670 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 25 2024 20:54:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 520096672 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 25 2024 20:54:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520140270 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 25 2024 20:55:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520142812 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 25 2024 20:54:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520096673 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 25 2024 20:54:00 | NJ EZPass, PO Box 4971, Trenton, NJ 08650 |
| 520157273 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 25 2024 20:54:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520096674 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 25 2024 20:55:00 | NJ EZPass, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 520109997 | | Email/Text: perituspendrick@peritusservices.com | Mar 25 2024 20:53:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 520114971 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 25 2024 20:55:00 | SANTANDER CONSUMER USA, P. O. Box 560284, Dallas, TX 75356-0284 |
| 520096678 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 25 2024 20:55:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 520096679 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 25 2024 20:55:00 | Santander Consumer USA, Inc, Po Box 961211, Fort Worth, TX 76161-0211 |
| 520096680 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 25 2024 20:55:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520096682 | ^ | MEBN | Mar 25 2024 20:51:14 | Tolls by Mail, PO Box 15183, Albany, NY 12212-5183 |
| 520113239 | + | Email/Text: electronicbkydocs@nelnet.net | Mar 25 2024 20:54:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |

| 520150481 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Mar 25 2024 21:04:39 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520180571 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Mar 25 2024 20:55:00 | Wells Fargo Bank, N. A. at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520096668 | *P++ | FOCUS RECEIVABLES MANAGEMENT LLC, 1130 NORTHCHASE PARKWAY STE 150, MARIETTA GA 30067-6429, address filed with court:, Focus Receivables Management, LLC, 1130 Northchase Pkwy, Marietta, GA 30067 |
| 520142614 | * | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520147567 | * | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank  N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Ruth P. Flores courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com  mortoncraigecf@gmail.com |
| William E. Craig | on behalf of Creditor American Honda Finance Corporation wcraig@egalawfirm.com  mortoncraigecf@gmail.com |

TOTAL: 6