UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
dcarlon@kmllawgroup.com
Attorneys for Wells Fargo Bank, N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates

Order Filed on March 26, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Ruth P. Flores

                    Debtor(s).

Case No: 23-21068 CMG

Chapter: 13

Judge: Christine M. Gravelle

**CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: March 26, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtor: | Ruth P. Flores |
| Case No.: | 23-21068-CMG |
| Caption: | **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM** |

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Wells Fargo Bank, N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates, holder of a mortgage on real property known as 1060 Bay Avenue, Toms River, NJ 08753, with the consent of Robert Cameron Legg, Esq., counsel for the Debtor, Ruth P. Flores,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor filed its proof of claim on March 1, 2024 as claim number nineteen (19) on the claims register; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim is hereby deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves her right to object to Secured Creditor's proof of claim.

| | |
|---|---|
| I hereby agree and consent to the above terms and conditions: | Dated:  3/11/2024 |

*/s/ Denise Carlon*

DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

| | |
|---|---|
| I hereby agree and consent to the above terms and conditions: | Dated:  3/11/2024 |

*/s/ Cameron Legg*

ROBERT CAMERON LEGG, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court

District of New Jersey

In re:  
Ruth P. Flores  
    Debtor

Case No. 23-21068-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Mar 26, 2024     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ruth P. Flores, 1060 Bay Avenue, Toms River, NJ 08753-3771 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Ruth P. Flores courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com  mortoncraigecf@gmail.com |
| William E. Craig | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Mar 26, 2024 | Form ID: pdf903 | Total Noticed: 1

on behalf of Creditor American Honda Finance Corporation wcraig@egalawfirm.com  mortoncraigecf@gmail.com

TOTAL: 6