Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−21068−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ruth P. Flores
   1060 Bay Avenue
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−7311

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/3/24 at 09:00 AM

to consider and act upon the following:

35 − Creditor's Certification of Default (related document:25 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Gavin Stewart on behalf of American Honda Finance Corporation. Objection deadline is 06/12/2024. (Attachments: # 1 Certification # 2 Exhibit Cure Order # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin) Additional Attachment, Updated Proposed Order, added on 5/31/2024 (Stillwell, Rachel).

Dated: 6/6/24

Jeanne Naughton
Clerk, U.S. Bankruptcy Court