| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for American Honda Finance Corporation* | Chapter: 13<br><br>Case No.: 23-21068-CMG |
| In re:<br><br>Ruth P. Flores<br><br>                               Debtor. | Hearing Date: July 3, 2024<br><br>Judge Christine M. Gravelle |

## STATUS CHANGE FORM

      Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Withdrawn**.

Matter: **Creditor's Certification of Default** (Doc. No. 35).

Dated: June 14, 2024

                                      Stewart Legal Group, P.L.
                                      Attorney for Creditor

            By:    */s/Gavin N. Stewart*
                      Gavin N. Stewart, Esq.