Notice of Claim Satisfaction Letter

Name of Debtor and Codebtor: RUTH FLORES

Last 4 Account Number: 9924

Year, Make, Model & Vin: 2019, Hyundai, Santa Fe, 5NMS2CAD2KH006732

Bankruptcy Case Number: 23-21068

Court Claim#: 10

This letter serves as notice that this claim has been satisfied in full.

Signature and Date



For Internal Use Only    February 2023