UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Wells Fargo Bank, et al.

In Re:

Ruth P. Flores,

Debtor.

Case No.:   23-21068-CMG

Chapter:   13

Hearing Date:   12/18/2024

Judge:   Gravelle

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 1060 Bay Avenue (Docket # 43)

_____

Date: 12/12/2024                           /s/ Denise Carlon
                                            Signature

*rev.8/1/15*