UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                               CASE NO.: 23-21068
                                                                        CHAPTER 13

**Ruth P. Flores,**
   Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Wells Fargo Bank, N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                      Robertson, Anschutz, Schneid, Crane &
                                      Partners, PLLC
                                      Attorney for Secured Creditor
                                      130 Clinton Rd #202
                                      Fairfield, NJ 07004
                                      Telephone: 470-321-7112
                                      Facsimile: 404-393-1425

                                      By: /s/Cory Woerner
                                         Cory Woerner
                                         Email: cwoerner@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on April 26, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RUTH P. FLORES
1060 BAY AVENUE
TOMS RIVER, NJ 08753

And via electronic mail to:

OLIVER & LEGG
2240 HIGHWAY 33, SUITE 112
NEPTUNE, NJ 07753

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE,
CN 4853
TRENTON, NJ 08650-4853

U.S. TRUSTEE
US DEPT OF JUSTICE,
OFFICE OF THE US TRUSTEE,
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                        By: /s/ Angela Gill