Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  23−21068−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ruth P. Flores
   1060 Bay Avenue
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−7311

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       6/11/25
Time:       12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
R Cameron Legg

COMMISSION OR FEES
$1200.00

EXPENSES
$0

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 16, 2025
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-21068-CMG
Ruth P. Flores  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: May 16, 2025     Form ID: 137     Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ruth P. Flores, 1060 Bay Avenue, Toms River, NJ 08753-3771 |
| 520097103 | + | Luz Flores, 1060 Bay Avenue, Toms River, NJ 08753-3771 |
| 520096675 | + | Ocean Health Initiatives, Attn: 16243x, PO Box 14000, Belfast, ME 04915-4033 |
| 520096677 | + | RWJBH, 9 Executive Campus, Cherry Hill, NJ 08002-4502 |
| 520096676 | + | RWJBH, PO Box 22363, New York, NY 10087-0001 |
| 520096681 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 16 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 16 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: ebnbankruptcy@ahm.honda.com | May 16 2025 20:51:00 | American Honda Finance Corporation, 3625 W. Royal Lane Suite 200, Irving, TX 75063, UNITED STATES |
| cr | + | Email/Text: enotifications@santanderconsumerusa.com | May 16 2025 20:51:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Email/Text: RASEBN@raslg.com | May 16 2025 20:50:00 | Wells Fargo Bank, N.A., Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 520096669 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 16 2025 20:51:00 | Honda Financial Services, PO Box 7829, Philadelphia, PA 19101-7829 |
| 520103669 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 16 2025 20:51:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520096654 | + | Email/PDF: bncnotices@becket-lee.com | May 16 2025 21:15:54 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 520096655 | + | Email/PDF: bncnotices@becket-lee.com | May 16 2025 21:15:46 | American First Finance, 3100 Olympus Blvd., Coppell, TX 75019-5472 |
| 520096656 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 16 2025 20:51:55 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 520096657 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 16 2025 20:51:55 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 520096658 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2025 21:15:48 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 23-21068-CMG    Doc 57    Filed 05/18/25    Entered 05/19/25 00:14:40    Desc Imaged
                                Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 16, 2025 | Form ID: 137 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 520096659 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2025 21:15:46 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520096660 | ^ | MEBN | May 16 2025 20:50:42 | Carrington Mortgage, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520096662 | ^ | MEBN | May 16 2025 20:50:12 | Community Medical Center, c/o BCA Financial Services, Inc., 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 520096661 | + | Email/Text: ebn@rwjbh.org | May 16 2025 20:51:00 | Community Medical Center, PO Box 903, Oceanport, NJ 07757-0903 |
| 520096663 | + | Email/Text: bankruptcydpt@mcmcg.com | May 16 2025 20:51:00 | Credit One Bank, c/o Midland Credit Management, PO Box 2004, Warren, MI 48090-2004 |
| 520096664 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 16 2025 20:51:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520096666 | | Email/Text: operationsclerk@easypayfinance.com | May 16 2025 20:50:00 | Easy Pay/Duvera Collections, 3220 Executive Ridge, Vista, CA 92081 |
| 520096665 | | Email/Text: operationsclerk@easypayfinance.com | May 16 2025 20:50:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 520140537 | | Email/PDF: bncnotices@becket-lee.com | May 16 2025 21:05:25 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520096671 | + | Email/Text: Bankruptcy@ICSystem.com | May 16 2025 20:51:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 520096670 | + | Email/Text: Bankruptcy@ICSystem.com | May 16 2025 20:51:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 520096672 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 16 2025 20:51:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520140270 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 16 2025 20:51:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520142812 | + | Email/Text: bankruptcydpt@mcmcg.com | May 16 2025 20:51:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520096673 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 16 2025 20:50:00 | NJ EZPass, PO Box 4971, Trenton, NJ 08650 |
| 520157273 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | May 16 2025 20:50:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520096674 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 16 2025 20:52:00 | NJ EZPass, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 520109997 | | Email/Text: perituspendrick@peritusservices.com | May 16 2025 20:50:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 520114971 | + | Email/Text: enotifications@santanderconsumerusa.com | May 16 2025 20:51:00 | SANTANDER CONSUMER USA, P. O. Box 560284, Dallas, TX 75356-0284 |
| 520096667 | | Email/Text: bankruptcy@sequium.com | May 16 2025 20:50:00 | Focus Receivables Management, LLC, 1130 Northchase Parkway Se, Suite 150, Marietta, GA 30067 |
| 520096668 | | Email/Text: bankruptcy@sequium.com | May 16 2025 20:50:00 | Focus Receivables Management, LLC, 1130 Northchase Pkwy, Marietta, GA 30067 |
| 520096678 | + | Email/Text: enotifications@santanderconsumerusa.com | May 16 2025 20:51:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 520096679 | + | Email/Text: enotifications@santanderconsumerusa.com | May 16 2025 20:51:00 | Santander Consumer USA, Inc, Po Box 961211, Fort Worth, TX 76161-0211 |
| 520096680 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 16 2025 20:52:00 | Select Portfolio Servicing, PO Box 65250, Salt |

Case 23-21068-CMG    Doc 57    Filed 05/18/25    Entered 05/19/25 00:14:40    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 16, 2025 | Form ID: 137 | Total Noticed: 47 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520096682 | ^ | MEBN | May 16 2025 20:51:08 | Lake City, UT 84165-0250<br>Tolls by Mail, PO Box 15183, Albany, NY 12212-5183 |
| 520113239 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 16 2025 20:51:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 520150481 | + | Email/PDF: ebn_ais@aisinfo.com | May 16 2025 21:05:07 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520180571 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 16 2025 20:52:00 | Wells Fargo Bank, N. A. at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520632879 | + | Email/Text: RASEBN@raslg.com | May 16 2025 20:50:00 | Wells Fargo Bank, N.A., Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520142614 | * | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520147567 | * | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 18, 2025                              Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor Wells Fargo Bank  N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor Wells Fargo Bank  N.A. cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank  N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor American Honda Finance Corporation bk@stewartlegalgroup.com |
| Robert Cameron Legg | on behalf of Debtor Ruth P. Flores courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: May 16, 2025 | Form ID: 137 | Total Noticed: 47

| | | |
|---|---|---|
| U.S. Trustee | | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | | on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |
| William E. Craig | | on behalf of Creditor American Honda Finance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 9