UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with
D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for American Honda Finance
Corporation*

Chapter: 13

In re:

Ruth P. Flores

                         Debtor.

Case No.: 23-21068-CMG

Judge Christine M. Gravelle

## STATUS CHANGE FORM

    Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter
identified below has been **Withdrawn**.

Matter: **Creditor's Certification of Default** (Doc. No. 46).

Dated: June 23, 2025

                         Stewart Legal Group, P.L.
                         Attorney for American Honda Finance Corporation

                         By: */s/Gavin N. Stewart*
                         Gavin N. Stewart, Esq.