Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 23−21068−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ruth P. Flores
   1060 Bay Avenue
   Toms River, NJ 08753

Social Security No.:
   xxx−xx−7311

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/24/25 at 09:00 AM

to consider and act upon the following:

*62* − Creditor's Certification of Default (related document:48 Order on Motion For Relief From Stay) filed by Cory Francis Woerner on behalf of Wells Fargo Bank, N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007−FRE1, Asset−Backed Pass−Through Certificates. Objection deadline is 09/10/2025. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Woerner, Cory)

Dated: 9/8/25

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court