Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  23−21068−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ruth P. Flores
1060 Bay Avenue
Toms River, NJ 08753

Social Security No.:
    xxx−xx−7311

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/18/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 18, 2026
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 23-21068-CMG

Ruth P. Flores                                                                            Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                              Page 1 of 4

Date Rcvd: Feb 18, 2026                       Form ID: 148                             Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ruth P. Flores, 1060 Bay Avenue, Toms River, NJ 08753-3771 |
| 520096655 | + American First Finance, 3100 Olympus Blvd., Coppell, TX 75019-5472 |
| 520096654 | + American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 520097103 | + Luz Flores, 1060 Bay Avenue, Toms River, NJ 08753-3771 |
| 520096675 | + Ocean Health Initiatives, Attn: 16243x, PO Box 14000, Belfast, ME 04915-4033 |
| 520096677 | + RWJBH, 9 Executive Campus, Cherry Hill, NJ 08002-4502 |
| 520096681 | + State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Feb 18 2026 21:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 18 2026 21:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 18 2026 21:30:00 | American Honda Finance Corporation, 3625 W. Royal Lane Suite 200, Irving, TX 75063, UNITED STATES |
| cr | + Email/Text: enotifications@santanderconsumerusa.com | Feb 18 2026 21:30:00 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| cr | + Email/Text: RASEBN@raslg.com | Feb 18 2026 21:29:00 | Wells Fargo Bank, N.A., Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 520096669 | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 18 2026 21:30:00 | Honda Financial Services, PO Box 7829, Philadelphia, PA 19101-7829 |
| 520103669 | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 18 2026 21:30:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 520096654 | + EDI: JCAFF | Feb 19 2026 02:15:00 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 520096655 | + EDI: JCAFF | Feb 19 2026 02:15:00 | American First Finance, 3100 Olympus Blvd., Coppell, TX 75019-5472 |
| 520096656 | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 18 2026 21:29:34 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd 4th Floor, Sherman Oaks, CA 91411 |
| 520096657 | Email/Text: caineweiner@ebn.phinsolutions.com | Feb 18 2026 21:29:34 | Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 520096658 | + EDI: CAPITALONE.COM | | |

District/off: 0312-3                          User: admin                                      Page 2 of 4
Date Rcvd: Feb 18, 2026                       Form ID: 148                                      Total Noticed: 47

| | | | |
|---|---|---|---|
| | | Feb 19 2026 02:15:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520096659 | + EDI: CAPITALONE.COM | | |
| | | Feb 19 2026 02:15:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520096660 | ^ MEBN | | |
| | | Feb 18 2026 21:25:17 | Carrington Mortgage, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520096662 | ^ MEBN | | |
| | | Feb 18 2026 21:24:08 | Community Medical Center, c/o BCA Financial Services, Inc., 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 520096661 | + Email/Text: ebn@rwjbh.org | | |
| | | Feb 18 2026 21:30:00 | Community Medical Center, PO Box 903, Oceanport, NJ 07757-0903 |
| 520096663 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Feb 18 2026 21:30:00 | Credit One Bank, c/o Midland Credit Management, PO Box 2004, Warren, MI 48090-2004 |
| 520096664 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | Feb 18 2026 21:30:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 520096666 | Email/Text: operationsclerk@easypayfinance.com | | |
| | | Feb 18 2026 21:28:00 | Easy Pay/Duvera Collections, 3220 Executive Ridge, Vista, CA 92081 |
| 520096665 | Email/Text: operationsclerk@easypayfinance.com | | |
| | | Feb 18 2026 21:28:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad, CA 92018 |
| 520140537 | Email/PDF: bncnotices@becket-lee.com | | |
| | | Feb 18 2026 21:32:23 | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520096671 | + EDI: LCIICSYSTEM | | |
| | | Feb 19 2026 02:15:00 | IC Systems, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 520096670 | + EDI: LCIICSYSTEM | | |
| | | Feb 19 2026 02:15:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, St. Paul, MN 55164-0378 |
| 520096672 | EDI: IRS.COM | | |
| | | Feb 19 2026 02:15:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520140270 | EDI: JEFFERSONCAP.COM | | |
| | | Feb 19 2026 02:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520142812 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Feb 18 2026 21:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520096673 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | |
| | | Feb 18 2026 21:29:00 | NJ EZPass, PO Box 4971, Trenton, NJ 08650 |
| 520157273 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | |
| | | Feb 18 2026 21:29:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520096674 | + EDI: CCS.COM | | |
| | | Feb 19 2026 02:15:00 | NJ EZPass, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 520109997 | Email/Text: peritus@ebn.phinsolutions.com | | |
| | | Feb 18 2026 21:30:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 520096676 | + Email/Text: ebn@rwjbh.org | | |
| | | Feb 18 2026 21:30:00 | RWJBH, PO Box 22363, New York, NY 10087-0001 |
| 520114971 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Feb 18 2026 21:30:00 | SANTANDER CONSUMER USA, P. O. Box 560284, Dallas, TX 75356-0284 |
| 520096667 | Email/Text: bankruptcy@sequium.com | | |
| | | Feb 18 2026 21:29:00 | Focus Receivables Management, LLC, 1130 Northchase Parkway Se, Suite 150, Marietta, GA 30067 |
| 520096668 | Email/Text: bankruptcy@sequium.com | | |
| | | Feb 18 2026 21:29:00 | Focus Receivables Management, LLC, 1130 Northchase Pkwy, Marietta, GA 30067 |
| 520096678 | + Email/Text: enotifications@santanderconsumerusa.com | | |
| | | Feb 18 2026 21:30:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 18, 2026 | Form ID: 148 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 520096679 | + Email/Text: enotifications@santanderconsumerusa.com | | Feb 18 2026 21:30:00 | Santander Consumer USA, Inc, Po Box 961211, Fort Worth, TX 76161-0211 |
| 520096680 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | Feb 18 2026 21:30:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520096682 | ^ MEBN | | Feb 18 2026 21:25:37 | Tolls by Mail, PO Box 15183, Albany, NY 12212-5183 |
| 520113239 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | Feb 18 2026 21:30:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 520150481 | + EDI: AIS.COM | | Feb 19 2026 02:15:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520180571 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | Feb 18 2026 21:30:00 | Wells Fargo Bank, N. A. at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 520632879 | + Email/Text: RASEBN@raslg.com | | Feb 18 2026 21:29:00 | Wells Fargo Bank, N.A., Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 42

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520142614 | * | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 520147567 | * | FinWise Bank, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor Wells Fargo Bank  N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor Wells Fargo Bank  N.A. cwoerner@raslg.com |

District/off: 0312-3                           User: admin                                    Page 4 of 4
Date Rcvd: Feb 18, 2026                        Form ID: 148                                    Total Noticed: 47

Denise E. Carlon

on behalf of Creditor Wells Fargo Bank  N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1,
Asset-Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart

on behalf of Creditor American Honda Finance Corporation bk@stewartlegalgroup.com

Nathalie Rodriguez

on behalf of Creditor Wells Fargo Bank  N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1,
Asset-Backed Pass-Through Certificates nrodriguez@raslg.com, NJbkyecf@flwlaw.com

Robert Cameron Legg

on behalf of Debtor Ruth P. Flores courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

William E. Craig

on behalf of Creditor American Honda Finance Corporation wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 11