UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo

Standing Chapter 13 Trustee

PO Box 4853

Trenton,  NJ   08650

(609) 587-6888

In re:

Ruth P. Flores

Debtor(s)

**Order Filed on February 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 23-21068 / CMG

Chapter 13

Hearing Date: 2/18/2026  at 9:00 AM

Judge: Christine M. Gravelle

### CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 18, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed
14 days of the date of this order by any administrative claimant for funds on hand with the Chapte
Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan
shall be refunded to the debtor, less any applicable trustee fees and commissions, and after any remaining
attorney fees and adequate protection payments, due under the plan, proposed or confirmed, or by Court
order, are paid.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated
and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the dat
this order.

*rev. 5/8/2017*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 23-21068-CMG

Ruth P. Flores                                                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                                        Page 1 of 2

Date Rcvd: Feb 18, 2026                   Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

**Recip ID                    Recipient Name and Address**
db                    +   Ruth P. Flores, 1060 Bay Avenue, Toms River, NJ 08753-3771

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:**

**Name                          Email Address**

Albert Russo
                              docs@russotrustee.com

Albert Russo
                              on behalf of Trustee Albert Russo docs@russotrustee.com

Cory Francis Woerner
                              on behalf of Creditor Wells Fargo Bank  N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates cwoerner@raslg.com

Cory Francis Woerner
                              on behalf of Creditor Wells Fargo Bank  N.A. cwoerner@raslg.com

Denise E. Carlon
                              on behalf of Creditor Wells Fargo Bank  N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1, Asset-Backed Pass-Through Certificates dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0312-3                                     User: admin                                          Page 2 of 2

Date Rcvd: Feb 18, 2026                                  Form ID: pdf903                                   Total Noticed: 1

Gavin Stewart
                        on behalf of Creditor American Honda Finance Corporation bk@stewartlegalgroup.com

Nathalie Rodriguez
                        on behalf of Creditor Wells Fargo Bank  N. A. as Trustee for the Carrington Mortgage Loan Trust, Series 2007-FRE1,
                        Asset-Backed Pass-Through Certificates nrodriguez@raslg.com, NJbkyecf@flwlaw.com

Robert Cameron Legg
                        on behalf of Debtor Ruth P. Flores courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
                        on behalf of Creditor Santander Consumer USA Inc. wcraig@egalawfirm.com
                        mortoncraigecf@gmail.com;alapinski@egalawfirm.com

William E. Craig
                        on behalf of Creditor American Honda Finance Corporation wcraig@egalawfirm.com
                        mortoncraigecf@gmail.com;alapinski@egalawfirm.com


TOTAL: 11